**Electronically Filed
Supreme Court
SCWC-19-0000490
24-DEC-2020
01:55 PM
Dkt. 6 ODAC**

SCWC-19-0000490

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Petitioner/Plaintiff-Appellee,

vs.

BRIAN LEE SMITH,
Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000490; CASE NO. 3CPC-18-0000543)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellee's Application for Writ

of Certiorari, filed on November 27, 2020, is hereby rejected.

DATED: Honolulu, Hawaiʻi, December 24, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

